# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**PIT VIPER, LLC,**

                    Plaintiff,

~ *against* ~

**THE PARTNERSHIPS** *and*
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE "A",**

                    Defendants,

**Case No.: 1:23-cv-11374**

**Judge:** The Honorable Charles P. Kocoras

## NOTICE OF APPEAL

Defendant **SHENZHEN XUEWAWA ECOMMERCE CO., LTD** *doing business as* **WILKZUEWA** hereby respectfully gives Notice of their Appeal to the United States Court of Appeals for the Seventh Circuit of the Order (ECF 87) entered in this case on January 10, 2025, which denied Defendant Shenzhen Xuewawa Ecommerce Co., Ltd. *doing business as* Wilkxuewa's Motion to Vacate (ECF 57) the Final Judgment Order entered on November 15, 2023 (ECF 47).

DATED: **JANUARY 17, 2025**

                                            RESPECTFULLY SUBMITTED,

                              By: *[signature]*

                                            Baruch S. Gottesman, Esq.
                                            Attorney for Shenzhen Xuewawa Ecommerce Co., Ltd.
                                            *doing business as* Wilkxuewa's

GOTTESMAN LEGAL PLLC<br>
11 Broadway, Suite 615<br>
New York, NY 10004<br>
Phone: (212) 401-6910<br>
bg@gottesmanlegal.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Amy Crout Ziegler, Esq.**
**Berel Yonathan Lakovitsky, Esq.**
**Rachel S. Miller, Esq.**
**Trevor Christian Talhami, Esq.**
**Justin R. Gaudio, Esq.**
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
Phone: (312) 987-2926
Email: Aziegler@gbc.Law
       Blakovitsky@gbc.Law
       Rmiller@gbc.Law
       Ttalhami@gbc.Law
       Jgaudio@gbc.Law
*Counsel for Plaintiff*

**Jizyuan Zhang, Esq.**
J. ZHANG AND ASSOCIATES, P.C.
3712 Prince Street, Suite 9C
Flushing NY 11354
Phone: (718) 701-5098
Email: Contact@jzhanglaws.com
*Counsel for Defendant Feisedy*

**Adam Edward Urbanczyk**
AU LLC
444 West Lake Street, 17th Floor
Chicago, IL 60606
Phone: (312) 715-7312
Email: Adam@au-LLC.com
*Counsel for Defendants Tenxisse, Benajinin, Super-I*

**Enrique Perez**
PEREZ IP LAW
807 Waukegan Road
Deerfield, IL 60015-3204
Phone: (312) 543-2104
Email: Enrique@pereziplaw.com
*Counsel for Defendant Wilkxuewa*